## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

Jonathan Flores Jaramillo,

       Plaintiff,

       v.

Jaime Gardea d/b/a Taqueria El Paso

       Defendants.

Case No. __23-CV-460_____

PLAINTIFF DEMANDS
TRIAL BY JURY

## COMPLAINT

Plaintiff, Jonathan Flores Jaramillo ("Plaintiff"), by and through their attorneys, Daniel I. Schlade, complain against Jaime Gardea d/b/a Taqueria El Paso ("Defendant" or "Taqueria El Paso"). In support of this Complaint, Plaintiff states:

### Introduction

1.    This action seeks redress for Defendant's willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), as well as any related state law claims, for Defendant's failure to pay overtime wages owed.

### Parties

2.    Plaintiff is a resident of Jacksonville, Florida; and he was employed by Defendant.

3.    Jaime Gardea d/b/a Taqueria El Paso is a business that is located, headquartered, and conducts business in Jacksonville, Florida.

4.    Defendant is "an enterprise engaged in commerce or in the production of goods for commerce" under 29 USC § 203(s)(1)(A)(i) and (ii) because they have annual gross volume of sales made or business done of at least $500,000; and because they are engaged in interstate

commerce or in the production of goods for interstate commerce. Additionally, they have more than three employees.

**Jurisdiction And Venue**

5.     The Court possesses subject matter jurisdiction over the FLSA claim(s) pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 (federal question), and 28 U.S.C. §1337; and supplemental jurisdiction over any related state law claim(s) pursuant to 28 U.S.C. § 1367.

6.     Venue is proper in the Middle District of Florida because all underlying facts and transactions occurred in or about Jacksonville, Florida.

**Facts Common To All Claims**

7.     Jaime Gardea d/b/a Taqueria El Paso is an "employer" as that term is defined in Section 203 of the FLSA, because it is a privately owned for-profit entity.

8.     Jaime Gardea d/b/a Taqueria El Paso is an "employer" as that term is defined in Section 203 of the FLSA, because: (1) they were Plaintiff's head "boss"; (2) they had the power to hire and fire the employees, including Plaintiff; (3) they supervised and controlled Plaintiff's work schedules and conditions of employment; (4) they determined the rate and method of payment for employees; and (5) they maintained employment records.

**COUNT I: VIOLATION OF THE FLSA**

9.     Plaintiff reincorporates by reference Paragraphs 1 through 8, as if set forth in full herein for Paragraph 9.

10.     Plaintiff began working at Taqueria El Paso in or before April 2021 until June 7, 2022.

11.     At all times, Plaintiff held the same position at Taqueria El Paso, they were a cook. Plaintiff was an "employee" of Defendant as that term is used in Section 203 of the FLSA because he was

employed by Defendant to perform general cooking duties, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

12.    Although schedules are subject to change, Plaintiff's general schedule with Defendant required Plaintiff to work on average 56 hours per week.

13.    Plaintiff was paid their wages on a(n) weekly basis.

14.    Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance

15.    Plaintiff's rate of pay was $1,500.00 per week, or the equivalent of $26.79 per hour.

16.    Throughout the course of Plaintiff's employment with Defendant, Defendant regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

19.    Defendant did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

20.    On information and belief, Defendant has failed to keep proper time records tracking Plaintiff's time worked; and Defendant's failure and refusal to pay Plaintiff overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

21.    Plaintiff is entitled to recover unpaid overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit.  On information and belief, this amount includes: (i) $13,502.16 in unpaid overtime wages; (ii) liquidated damages of $13,502.16; and (iii) Plaintiff's attorney's fees and costs, to be determined.  A calculation of Plaintiff's damages are attached as Exhibit A.

    WHEREFORE, Plaintiff Jonathan Flores Jaramillo respectfully requests that the Court enter a judgment in their favor and against Defendant Jaime Gardea d/b/a Taqueria El Paso for:

A.    The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty

(40) hours in individual work weeks, totaling at least $13,502.16;

B.    An award liquidated damages in an amount equal to at least $13,502.16;

C.    A declaration that Defendant violated the FLSA;

D.    An award reasonable attorneys' fees and costs; and

E.    Any such additional or alternative relief as this Court deems just and proper.


                                                s/Daniel I. Schlade
                                                Attorney For Plaintiff

Daniel I. Schlade (1034991)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-942-9415 x 103
Email: dschlade@justicialaboral.com
        danschlade@gmail.com


**PLAINTIFF DEMANDS TRIAL BY JURY**

EXHIBIT A

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage. | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 4/4/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 4/11/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 4/18/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 4/25/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/2/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/9/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/16/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/23/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/30/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 6/6/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 6/13/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 6/20/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 6/27/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 7/4/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 7/11/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 7/18/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 7/25/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 8/1/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 8/8/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 8/15/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 8/22/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 8/29/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 9/5/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 9/12/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 9/19/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 9/26/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 10/3/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 10/10/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 10/17/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 10/24/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 10/31/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 11/7/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 11/14/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 11/21/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 11/28/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 12/5/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 12/12/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 12/19/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 12/26/2021 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 1/2/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 1/9/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 1/16/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 1/23/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 1/30/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 2/6/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 2/13/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 2/20/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 2/27/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 3/6/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 3/13/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 3/20/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 3/27/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 4/3/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 4/10/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 4/17/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 4/24/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/1/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/8/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/15/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/22/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 5/29/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 6/5/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| 6/12/2022 | 56 | 16 | $26.79 | $7.25 | $0.00 | $214.32 | $214.32 |
| **TOTALS:** | | | | | | $13,502.16 | $13,502.16 |