UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JONATHAN FLORES JARAMILLO,

      Plaintiff,

v.                                                             CASE NO. 3:23-cv-460-JBT

JAIME GARDEA, etc.,

      Defendant.

_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**[1]

      **THIS CAUSE** is before the Court on the parties' Joint Motion to Approve Settlement ("Motion") (Doc. 18); the Settlement Agreement, Waiver and Release; and the Confidential Comprehensive Waiver and Release of All Claims ("Settlement Agreements") (*Id.* at 12–21.)   The Court finds that the proposed Settlement Agreements are a fair and reasonable resolution of a bona fide dispute over FLSA issues.  *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1555 (11th Cir. 1982).  Moreover, the Court finds that Plaintiff's attorney's fees and costs do not taint the amount of Plaintiff's recovery.

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge.  (Docs. 20 & 21.)

Additionally, as requested by the parties, the Court incorporates the Settlement Agreements into this Order and retains jurisdiction to enforce the terms of the Settlement Agreements, but only up to and including May 2, 2024.

Therefore, it is **ORDERED AND ADJUDGED**:

1.    The Motion (**Doc. 18**) is **GRANTED**.

2.    The Settlement Agreements (**Doc. 18 at 12-21**) are **APPROVED**.

3.    Subject to paragraph 4 below, this case is hereby **DISMISSED with prejudice**.

4.    The Court incorporates the Settlement Agreements **(Doc. 18 at 12–21)** into this Order and retains jurisdiction to enforce the terms of the Settlement Agreements, but only **up to and including May 2, 2024**.

**DONE AND ORDERED** in Jacksonville, Florida, on February 2, 2024.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

2